GEORGE F. WILLETT and Another, Respondents, v. CHASE NATIONAL BANK and Others, Appellants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted to the extent indicated in order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

WILLIAM BELL TAYLOR and Another, Respondents, v. AMERICAN SMELTING AND REFINING COMPANY, Defendant, Impleaded with NORTHERN PERU MINING AND SMELTING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that it does not appear from the papers in this case that the defendant corporation was engaged in doing business in this State at the time of the service of the summons herein. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HARRY HORN, Respondent, Appellant, v. LEO SCHWORTZREICH, Appellant, Respondent.— Order affirmed, without costs to either party. The amended complaint to be served within ten days from date of entry of order, upon payment of costs provided for by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

NANINE S. MAXWELL, Respondent, v. CHARLES H. R. MAXWELL, Appellant.— Orders modified by reducing amount which defendant is required to pay as counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GOLDMAN COSTUME COMPANY, INC., Respondent, v. 242–252 WEST 36TH STREET CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of Supplementary Proceedings: ROSE P. KIRK, Respondent, v. GEORGE G. HYNSON, Appellant, Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.